COPY

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
Telephone: (973) 538-0800

BLA SCHWARTZ, PC
Cristina D. Hernandez (SBN 283500)
Irwin B. Schwartz (SBN 141140)
515 S. Flower Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 785-3683
Facsimile:  (213) 785-3684

Attorneys for Plaintiff UBS Bank, USA

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CV13-03418 -SS

| | |
|---|---|
| UBS BANK USA, an industrial bank,<br><br>*Plaintiff,*<br><br>vs.<br><br>BROCK PIERCE, an individual,<br><br>*Defendant.* | Case No.<br><br>**COMPLAINT** |

## COMPLAINT

For its Complaint against defendant Brock Pierce ("Defendant"), Plaintiff UBS Bank USA ("UBS Bank") states and alleges as follows:

## THE PARTIES

1. UBS Bank is a federally regulated Utah industrial bank with its principal place of business at 299 South Main Street, Suite #2275, Salt Lake City, Utah 84111. Among other things, UBS Bank provides credit and loans to certain customers.

2. Upon information and belief, Defendant is an individual whose last known resident address is 650 Sunset Avenue, Venice, California 90291-2733.

## JURISDICTION AND VENUE

3. There is complete diversity of citizenship between the parties. The amount in controversy, exclusive of interest and costs, exceeds the sum or value of $75,000.

4. This Court, therefore, has diversity jurisdiction pursuant to 28 U.S.C. § 1332.

5. Pursuant to 28 U.S.C. § 1391(a), venue is proper in the Central District of California, Western Division.

# STATEMENT OF FACTS

**A.     The Cardmember Agreement**

6.     UBS Bank and Defendant are parties to a certain Cardmember Agreement, which, among other things, sets forth the terms and conditions under which UBS Bank would advance credit to Defendant under a Visa signature credit card account, account number ending in 1779 (the "Account"), which Defendant maintains with UBS Bank.

7.     Among other provisions, the Cardmember Agreement requires Defendant to timely pay UBS Bank a minimum monthly payment upon receiving a monthly invoice for credit advanced by UBS Bank to Defendant under the Account.

8.     The Cardmember Agreement further provides that, in the event that Defendant fails to make such minimum monthly payments by the payment due date specified in the monthly invoices, the entire outstanding balance owed under the Account is accelerated such that it becomes immediately due and payable in full.  UBS Bank also may, among other things, assess interest at the rates specified therein until the amounts UBS Bank is owed are paid in full.  Moreover, UBS Bank has the right under the Cardmember Agreement to recover from Defendant

its collection costs, including, but not limited to, attorneys' fees, court costs and related expenses.

**B.  Defendant Breached His Payment Obligations to UBS Bank**

9. UBS Bank and/or its predecessor(s) in interest have advanced certain credit to Defendant under the Account.

10. As a result of those credit advances, there is an outstanding balance due and owing from Defendant to UBS Bank in the amount of $120,126.24 as of September 23, 2011, plus interest, attorney's fees and other expenses (the "Account Balance").  Interest, late charges and other expenses continue to accrue as set forth in the Cardmember Agreement.

11. Despite UBS Bank's demand, Defendant has failed and refused to pay the outstanding Account Balance, as required by the Cardmember Agreement.

12. Defendant's misconduct violates the parties' Cardmember Agreement, is patently inequitable and has caused, and continues to cause, substantial damages to UBS Bank.

**COUNT 1
BREACH OF CONTRACT**

13. UBS Bank repeats and re-alleges the allegations set forth in the foregoing paragraphs of this Complaint.

14. UBS Bank and/or its predecessor(s) in interest advanced certain credit to Defendant under the Account.

15. Defendant has breached his contractual obligations under the Cardmember Agreement by failing and refusing to pay UBS Bank the outstanding Account Balance.

16. As a direct and proximate result of Defendant's breach of his contractual obligations, UBS Bank has been damaged.

## COUNT 2
## ACCOUNT STATED

17. UBS Bank repeats and re-alleges the allegations set forth in the foregoing paragraphs of this Complaint as if fully set forth.

18. UBS Bank stated an account to Defendant upon which certain amounts were due, owing and unpaid.

19. Despite demand, Defendant has not paid the amounts due and owing to UBS Bank, thereby causing UBS Bank damages of at least $120,126.24.

## COUNT 3
## UNJUST ENRICHMENT

20. UBS Bank repeats and re-alleges the allegations set forth in the foregoing paragraphs of this Complaint as if fully set forth herein.

21. By his misconduct and/or breach of his contractual obligations to UBS Bank, Defendant has been unjustly enriched at UBS Bank's expense.

22. The circumstances are such that equity and good conscience require Defendant to make full restitution to UBS Bank.

## PRAYER FOR RELIEF

WHEREFORE, UBS Bank demands judgment against Defendant for:

(a) Damages in an amount to be determined at trial, but not less than $120,126.24;

(b) Prejudgment and post judgment interest;

(c) Costs of suit, including attorneys' fees; and

(d) Such other and further relief as the Court deems just and equitable.

Dated: May 13, 2013

BLA Schwartz, PC

Cristina D. Hernandez
Irwin B. Schwartz


RIKER, DANZIG, SCHERER, HYLAND
& PERRETTI LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981

Attorneys for Plaintiff UBS Bank, USA

COMPLAINT                            6                          Case No.

BLA Schwartz, P.C.
Cristina D. Hernandez (SBN 283500)
515 S. Flower Street, Suite 3600
Los Angeles, CA 90071
T: (213) 785-3683
E-mail: chernandez@blaschwartz.com

COPY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UBS BANK USA, an industrial bank, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | CV13-03418-SS |
| BROCK PIERCE, an individual, | |
| | SUMMONS |
| DEFENDANT(S). | |

TO:   DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Cristina D. Hernandez, whose address is 515 S. Flower Street, Suite 3600, Los Angeles, California 90071. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: May 13, 2013        By: MARILYN DAVIS
                                Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)                     SUMMONS

# CIVIL COVER SHEET

## I. (a) PLAINTIFFS ( Check box if you are representing yourself ☐ )
UBS BANK USA

## DEFENDANTS ( Check box if you are representing yourself ☐ )
BROCK PIERCE

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Cristina D. Hernandez for BLA Schwartz, P.C.
515 S. Flower Street, Suite 3600
Los Angeles, CA 90071
T: (213) 785-3683

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

## II. BASIS OF JURISDICTION (Place an X in one box only.)
- ☐ 1. U.S. Government Plaintiff
- ☐ 2. U.S. Government Defendant
- ☐ 3. Federal Question (U.S. Government Not a Party)
- ☒ 4. Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (Place an X in one box only.)
- ☒ 1. Original Proceeding
- ☐ 2. Removed from State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred from Another District (Specify)
- ☐ 6. Multi-District Litigation

## V. REQUESTED IN COMPLAINT: JURY DEMAND: ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)
**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No   ☐ **MONEY DEMANDED IN COMPLAINT:** $ _____

## VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C. 1332 - Diversity of Citizenship

## VII. NATURE OF SUIT (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | **TORTS** | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **PERSONAL PROPERTY** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | ☐ 370 Other Fraud | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 371 Truth in Lending | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 380 Other Personal Property Damage | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 385 Property Damage Product Liability | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | **BANKRUPTCY** | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | ☐ 422 Appeal 28 USC 158 | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☒ 190 Other Contract | ☐ 350 Motor Vehicle | **CIVIL RIGHTS** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | ☐ 440 Other Civil Rights | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 441 Voting | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpratice | ☐ 442 Employment | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accomodations | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 220 Foreclosure | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 446 American with Disabilities-Other | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 448 Education | ☐ 790 Other Labor Litigation | |
| | | | | ☐ 791 Employee Ret. Inc. Security Act | |

FOR OFFICE USE ONLY: Case Number: **CV13-03418**

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?   ☒ NO   ☐ YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?   ☒ NO   ☐ YES

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, **and** one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| N/A | SALT LAKE CITY, UTAH |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | N/A |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| N/A | SALT LAKE CITY, UTAH |

*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _[signature]_   DATE: MAY 13, 2013

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |