# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UBS BANK USA, an industrial bank,<br>   Plaintiff,<br> vs.<br>BROCK PIERCE, an individual,<br>   Defendant. | Case No. CV13-03418-BRO-PLA<br>**JUDGMENT**<br>**HON. BEVERLY REID O'CONNELL** |

  This action was filed by plaintiff UBS Bank USA ("Plaintiff") against defendant Brock Pierce ("Defendant") on May 13, 2013, alleging three causes of action: (1) breach of contract; (2) account stated; and (3) unjust enrichment. Defendant was properly served, but has not appeared in this case. Consequently, on August 16, 2013, the clerk of the Court entered default against Defendant. On November 15, 2013, this Court entered an Order Granting Plaintiff's Motion for Default Judgment ("Order").

  Based on the findings set forth in the Order, it is hereby ordered, adjudged, and decreed that:

  1. Judgment is entered for Plaintiff and against Defendant on all of Plaintiff's claims.

  2. Plaintiff is awarded damages against Defendant in the amount of one hundred twenty thousand and one hundred twenty-six dollars and twenty-four cents ($120,126.24), and judgment is hereby entered against Defendant for this amount.

  3. Counsel for Plaintiff is awarded attorneys' fees against Defendant in the amount six thousand and two dollars and fifty-two cents ($6,002.52), and judgment is hereby entered against Defendant for this amount.

  //
  //

   4. The attorneys' fee award described in Paragraph 3 above is in addition to the $120,126.24 award set forth in Paragraph 2 above.

   5. The damage award set forth in Paragraph 2 above, and the attorneys' fee award set forth in Paragraph 3 above, shall accumulate post-judgment interest pursuant to 28 U.S.C. § 1961, from the date of this Judgment.

**IT IS SO ORDERED.**

Dated: November 21, 2013

By: _____
HON. BEVERLY REID O'CONNELL
United States District Court Judge