DEVIN A. DONOHUE (SBN 190030)
ddonohue@pldlawyers.com
ANGELINA T. EVANS (SBN 244634)
aevans@pldlawyers.com
PALMER, LOMBARDI & DONOHUE LLP
800 Wilshire Boulevard, Suite 800
Los Angeles, CA  90017
Telephone: (213) 688-0430
Fax: (213) 688-0440

Attorneys for Plaintiff
UBS BANK USA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UBS BANK USA, an industrial bank, <br><br> Plaintiff, <br><br> vs. <br><br> BROCK PIERCE, an individual, <br><br> Defendant. | Case No. CV13-03418-BRO-PLA <br><br> Honorable Beverly Reid O'Connell <br><br> **ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT** |

    Judgment in this matter was entered in favor of UBS Bank USA and against Brock Pierce on November 21, 2013 in the amount of one hundred twenty thousand, one hundred twenty-six dollars and twenty-four cents ($120,126.24) in damages, plus six thousand two dollars and fifty-two cents ($6,002.52) in attorneys' fees, for a total judgment amount of one hundred twenty-six thousand, one hundred twenty-eight dollars and seventy-six cents ($126,128.76).  The total judgment amount accrued interest at the post-judgment interest rate pursuant to 28 U.S.C. § 1961, from the date of judgment.

///

1   Satisfaction of the judgment is acknowledged as follows: Judgment Creditor,
2   UBS Bank USA, has accepted full payment as specified in the judgment from
3   Judgment Debtor, Brock Pierce, in full satisfaction of the judgment.

4

5   DATED: December 21, 2016     PALMER, LOMBARDI & DONOHUE LLP

6

7

8   By /s/ Angelina T. Evans
      Devin A. Donohue, Esq.
9     Angelina T. Evans, Esq.
    *Attorneys for Plaintiff*
10  UBS BANK USA

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -
ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT